UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY L. BROOKS,

        Plaintiff,        CASE NUMBER: 05-60279

v.        HONORABLE JOHN CORBETT O'MEARA

VISTEON CORPORATION, et al.,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

        This matter has come before the Court on the Magistrate Judge's February 15, 2007, Report and Recommendation. No objections have been filed. Having reviewed the record and pleadings and being fully advised in the premises;

        **IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED** and entered as the findings and conclusions of this Court.

        **IT IS FURTHER ORDERED** that this action be dismissed without prejudice as to all remaining Defendants.


        s/John Corbett O'Meara
        United States District Judge


Dated: March 15, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 15, 2007, by electronic and ordinary mail.

                                              s/William Barkholz
                                              Case Manager